UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLANIA

| | |
|---|---|
| TRANSPORT INTERNATIONAL POOL, INC. : | Civil Action No. 10-6014 |
| *Plaintiff*, : | Honorable Thomas N. O'Neill, Jr. |
| v. : | |
| SOS SALSON, INC., : <br> SALSON LOGISTICS, INC. and : <br> SOS SALSON OF TEXAS, INC. : | **FILED** <br> JUN - 4 2012 |
| *Defendants*. : | MICHAEL E. KUNZ, Clerk <br> By _____ Dep. Clerk |

### STIPULATION OF VOLUNTARY DISMISSAL

The undersigned parties, by and through their undersigned counsel, hereby stipulate and agree that all claims asserted by Plaintiff Transport International Pool, Inc., against Defendant Salson Logistics, Inc. are hereby voluntarily dismissed ***with prejudice***. with each party bearing its own costs and fees.

_____
Mary-Ellen Allen
David Gomez
Lamb McErlane, PC
24 East Market Street, Box 565
West Chester, PA 19380
*Attorneys for Plaintiff*

Dated: 5/31/12

_____
Darin J. McMullen
Anderson, Kill & Olick, PC
1600 Market Street
Suite 2500
Philadelphia, PA 19103
*Attorney for Salson Logistics, Inc.*

Dated: May 16, 2012

APPROVED BY THE COURT:

T. D. O'Neill

Thomas N. O'Neill, Jr., J.

6/4/12